

| | | |
|---|---|---|
| CAAP–11–00 00085 | State v. Cramer | Affirmed |

### May 9, 2012

| | | |
|---|---|---|
| CAAP–11–00 00503 | Bruff v. Bruff | Affirmed |

### May 10, 2012

| | | |
|---|---|---|
| 30374 | State v. Eberly | Affirmed |
| 30041 | State v. Zhuang Xian Lin | Affirmed |

### May 15, 2012

| | | |
|---|---|---|
| 29164, 30618 | Middleton v. Wong | Affirmed |

### May 17, 2012

| | | |
|---|---|---|
| 29951 | Andrews v. State | Affirmed |
| CAAP–11–00 00543 | Reyes v. State | Affirmed |
| 30337 | State v. Atwood | Affirmed |
| CAAP–10–00 00215 | State v. Loebel | Affirmed |

### May 21, 2012

| | | |
|---|---|---|
| CAAP–11–00 00004 | Grindling v. Maui Police Dept. | Affirmed |
| CAAP–10–00 00034 | U.S. Bank Nat. Ass'n v. Chichioco | Affirmed |

### May 30, 2012

| | | |
|---|---|---|
| CAAP–11–00 00386 | Bank of New York Mellon v. Watson | Affirmed |
| CAAP–11–00 00687 | N.G., In re | Affirmed |
| CAAP–11–00 00498 | U.S. Bank Nat. Ass'n v. Nakihei | Vacated and Remanded |

### May 31, 2012

| | | |
|---|---|---|
| 29430 | Fernandez v. Hawaiian Homes Com'n | Affirmed |
| 29148 | Meredith v. Rapisora | Affirmed |
| 28664, 28898 | Romero v. Romero | Affirmed |